UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMELO SANFILIPPO,

        Plaintiff,

        - against -

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
14-CV-3067 (RRM)

       A Memorandum and Order of the undersigned having been filed on March 27, 2016 denying in part and granting in part the Commissioner's motion for judgment on the pleadings; granting in part and denying in part Sanfilippo's cross-motion for judgment on the pleadings; and remanding the case to the Social Security Administration for reconsideration consistent with this Court's Memorandum and Order, it is

       ORDERED and ADJUDGED that the case is remanded to the Social Security Administration for reconsideration.

Dated:  Brooklyn, New York
         March 27, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge